# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WEAVER,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA CORRECTIONAL<br>INSTITUTION CONFINEMENT<br>SHU, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. 1:06-CV-00468-OWW-SMS-P<br><br>Appeal No. 06-16346<br><br>ORDER STRIKING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS AND FOR COUNSEL, AND DECLARATION FROM RECORD<br><br>(Docs. 17 and 18)<br><br>ORDER DIRECTING CLERK'S OFFICE TO SERVE COPY OF ORDER ON NINTH CIRCUIT |

　　　Plaintiff Willie Weaver ("plaintiff") is a state prisoner who was proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on April 21, 2006.  (Doc. 1.)  Because the complaint in this action sets forth the same claims as those set forth in the complaint filed on April 17, 2006, in case number 1:06-CV-00442-AWI-SMS-P, the Court dismissed this action as duplicative of case number 1:06-CV-00442-AWI-SMS-P on June 27, 2006.  (Doc. 6.)  Plaintiff filed a notice of appeal on July 10, 2006.  (Doc. 8.)  On August 3, 2006, plaintiff filed motions seeking leave to proceed in forma pauperis on appeal, transcripts at government expense, and the appointment of counsel.  (Docs. 10-13.)  On August 18, 2006, the Court issued orders denying plaintiff's motions.  (Docs. 15, 16.)  On August 21, 2006, plaintiff filed another motion for leave to proceed in forma pauperis on appeal and for the appointment of counsel.  (Docs. 17, 18.)

///

1 Plaintiff's current motion was dated August 14, 2006. Therefore, it appears the motion was drafted
2 and mailed prior to plaintiff's receipt of the Court's August 18 orders.
3     Because plaintiff's current motion is duplicative of his earlier motions, which have been
4 resolved by the Court, the August 21 motion is HEREBY STRICKEN FROM THE RECORD. The
5 Clerk's Office is DIRECTED to send a courtesy copy of this order to the Ninth Circuit.

7 IT IS SO ORDERED.
8 **Dated:   September 22, 2006**                /s/ Oliver W. Wanger
  emm0d6                                         UNITED STATES DISTRICT JUDGE